AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| TORRANCE JACKSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:20-CV-1215 (GTS/ML) |
| POLICE OFFICER ANTHONY FIORINI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Anthony Fiorini    .

Date:    09/01/2022

/s/ Danielle R. Smith
*Attorney's signature*

Danielle R. Smith, Esq. (517775)
*Printed name and bar number*

City of Syracuse Office of the Corporation Counsel
233 East Washington Street
Suite 300
Syracuse, NY 13202
*Address*

DSmith@syrgov.net
*E-mail address*

(315) 448-8400
*Telephone number*

(315) 448-8381
*FAX number*